UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUBLE DIAMOND DELAWARE, INC., | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:17-CV-1403-G |
| HOMELAND INSURANCE COMPANY OF NEW YORK, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

Before the court are the cross-motions for partial summary judgment of the defendant Homeland Insurance Company of New York (docket entry 24) and the plaintiff Double Diamond Delaware, Inc. (docket entry 27). The motions are **DENIED**.

   **SO ORDERED.**

April 9, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**