UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUBLE DIAMOND DELAWARE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-cv-01403-X |
| | § | |
| HOMELAND INSURANCE COMPANY OF | § | |
| NEW YORK, | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Double Diamond Delaware, Inc. and Defendant Homeland Insurance Company of New York (collectively the "Parties") hereby stipulate to a dismissal of this action with prejudice, as follows.

1.     The Parties have reached an agreement to settle all claims in this litigation and have agreed to dismiss all of their claims and defenses asserted in the above-entitled and numbered action.

2.     Counsel for the Parties have respectively indicated their consent by signing below.

3.     Each Party shall be responsible for its own fees and expenses related to this litigation.

WHEREFORE PREMISES CONSIDERED, the Parties respectfully request that this Court dismiss all claims and defenses asserted by the Parties in the above-entitled and numbered matter with prejudice, with costs to be borne by the party incurring the same.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**                                                    **1**

Respectfully submitted,

By: _/s/ Ernest Martin, Jr._
    Ernest Martin, Jr.
    State Bar No. 13063300
    Ernest.martin@haynesboone.com
    Natalie DuBose
    State Bar No. 24077481
    Natalie.dubose@haynesboone.com
    Carla Green
    State Bar No. 24097762
    Carla.green@haynesboone.com
**HAYNES AND BOONE, L.L.P.**
2323 Victory Ave., Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 541-5940

-AND-

    Darryl J. Silvera
    State Bar No. 18352280
    dsilvera@silveralaw.com
    Michael H Myers
    State Bar No. 24032779
    mmyers@silveralaw.com
**THE SILVERA FIRM**
17070 Dallas Parkway, Suite 100
Dallas, Texas 75248
Telephone: (972) 715-1750
Facsimile: (972) 715-1759

**ATTORNEYS FOR DOUBLE
DIAMOND OF DELAWARE, INC.**

By: _/s/ Kerry K. Brown_
    Kerry K. Brown
    Texas Bar No. 03149880
    kbrown@zelle.com
    Kristin C. Cummings
    Texas Bar No. 24049828
    kcummings@zelle.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX  75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

-AND-

    Christopher W. Martin
    martin@mdjwlaw.com
    State Bar No. 13057620
    Federal I.D. 13515
    William E. McMichael
    mcmichael@mdjwlaw.com
    State Bar No. 24107860
    Federal I.D. 3256108
**MARTIN, DISIERE, JEFFERSON
& WISDOM, L.L.P.**
808 Travis, Suite 1100
Houston, TX 77002
Telephone:   713-632-1700
Facsimile:   713-222-0101

**ATTORNEYS FOR HOMELAND
INSURANCE COMPANY OF NEW YORK**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record on August 11, 2021 in accordance with the Federal Rules of Civil Procedure as follows:

Kerry K. Brown
kbrown@zelle.com
Kristin C. Cummings
kcummings@zelle.com
ZELLE LLP
901 Main Street, Suite 4000
Dallas, TX  75202-3975

Christopher W. Martin
martin@mdjwlaw.com
William E. McMichael
mcmichael@mdjwlaw.com
MARTIN, DISIERE, JEFFERSON
& WISDOM, L.L.P.
808 Travis, Suite 1100
Houston, TX 77002

**ATTORNEYS FOR HOMELAND
INSURANCE COMPANY OF NEW YORK**

*/s/ Natalie DuBose*
Natalie DuBose

4838-4548-1973 v.1

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**