UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOUBLE DIAMOND DELAWARE, INC. | § § § § § | |
| *Plaintiff,* | § | |
| v. | § § | Civil Action No. 3:17-CV-1403-X |
| HOMELAND INSURANCE COMPANY OF NEW YORK | § § § § | |
| *Defendant.* | § § | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 11, 2021, it is hereby **ORDERED** that this entire action be **DISMISSED WITH PREJUDICE**, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

**IT IS SO ORDERED** this 12th day of August 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE